No. 86–394. CITIZENS FOR DECENCY THROUGH LAW, INC. *v.* OAK INDUSTRIES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–400. TRAILWAYS, INC., JOINT COUNCIL OF THE AMALGAMATED TRANSIT UNION, AFL–CIO, CLC *v.* TRAILWAYS LINES, INC. C. A. 3d Cir. Certiorari denied.

No. 86–403. CRIBBS ET AL. *v.* HILL ET AL. Sup. Ct. Ala. Certiorari denied.

No. 86–406. KEYSTONE CONSOLIDATED INDUSTRIES, INC. *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–408. MASSOUD *v.* TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 86–410. FRINT ET AL. *v.* TEXACO INC. C. A. 11th Cir. Certiorari denied.

No. 86–425. OBIAYA *v.* COMMISSIONER OF PATENTS AND TRADEMARKS. C. A. Fed. Cir. Certiorari denied.

No. 86–426. MADDOX ET AL. *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 86–436. JONES *v.* NIAGARA FRONTIER TRANSPORTATION AUTHORITY ET AL.; and JONES *v.* SIEGFRIED CONSTRUCTION CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–446. FLYNT DISTRIBUTING CO., INC. *v.* LERMAN. C. A. 2d Cir. Certiorari denied.

No. 86–466. CORCORAN *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 86–470. SEATTLE TOTEMS HOCKEY CLUB, INC., ET AL. *v.* NATIONAL HOCKEY LEAGUE ET AL. C. A. 9th Cir. Certiorari denied.